UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| SAMARITAN ALLIANCE, LLC | CHAPTER 11 |
| d/b/a SAMARITAN HOSPITAL, et al. | CASE NO. 07-50735 |
| DEBTORS | JOINTLY ADMINISTERED |

**NOTICE OF FILING OF EXHIBIT TO
MOTION OF FEDERAL INSURANCE COMPANY FOR RELIEF FROM
STAY TO PERMIT ADVANCEMENT AND/OR PAYMENT OF
DEFENSE COSTS UNDER THE DEBTOR'S INSURANCE POLICY**

Comes Federal Insurance Company ("Federal"), by counsel, and files in the record herein the attached Exhibit "A" to the Motion of Federal Insurance Company for Relief From Stay to Permit Advancement and/or Payment of Defense Costs Under the Debtor's Insurance Policy previously filed herein [Doc. No. 876].

Respectfully submitted,

WISE DELCOTTO PLLC

/s/ Tracey N. Wise, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
E-mail: twise@wisedel.com

and

Michelle Kisloff, Esq.
HOGAN & HARTSON, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600

1

COUNSEL FOR FEDERAL
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

      This document has been electronically filed and served via the Court's ECF System on December 23, 2009, and served via first class mail (without exhibit), postage prepaid, upon the following:

Associated Healthcare Systems, Inc.
214 Overlook Court
Suite 260
Brentwood, TN 37027

                                            /s/ Tracey N. Wise, Esq.
                                            COUNSEL FOR FEDERAL
                                            INSURANCE COMPANY

Z:\Clients\Federal Insurance Company (.2)\Pleadings\Notice of Filing of Exhibit 20091223.doc