UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| SAMARITAN ALLIANCE, LLC | CHAPTER 11 |
| d/b/a SAMARITAN HOSPITAL, et al. | CASE NO. 07-50735 |
| DEBTORS | JOINTLY ADMINISTERED |

## NOTICE OF RELEVANT DEBTOR

Comes Federal Insurance Company, by counsel, and pursuant to the Court's Order dated April 20, 2007 [Doc. No. 59] hereby gives notice that the Motion of Federal Insurance Company for Relief From Stay to Permit Advancement and/or Payment of Defense Costs Under the Debtor's Insurance Policy previously filed herein on December 22, 2009 [Doc. No. 876] relates to the Debtor, Associated Healthcare System of Lexington, LLC, Case No. 07-50737, one of the jointly administered Debtors in Case No. 07-50735.

Respectfully submitted,

WISE DELCOTTO PLLC


/s/ Tracey N. Wise, Esq.
200 North Upper Street
Lexington, KY 40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
E-mail: twise@wisedel.com

and

Michelle Kisloff, Esq.
HOGAN & HARTSON, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600

1

COUNSEL FOR FEDERAL
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

This document has been electronically filed and served via the Court's ECF System on January 5, 2010, and served via first class mail, postage prepaid, upon the following:

Associated Healthcare Systems, Inc.
214 Overlook Court
Suite 260
Brentwood, TN 37027

/s/ Tracey N. Wise, Esq.
COUNSEL FOR FEDERAL
INSURANCE COMPANY

Z:\Clients\Federal Insurance Company (.2)\Pleadings\Notice of Relevant Debtor 20100105.doc