UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

SAMARITAN ALLIANCE, LLC                                         CASE NO. 07-50735
d/b/a SAMARITAN HOSPITAL, et al.                                CHAPTER 11

    DEBTORS

---

**AGREED ORDER SUBSTITUTING COUNSEL**

---

The undersigned having agreed to the entry of this Order, and the Court being sufficiently advised, IT IS HEREBY ORDERED AND ADJUGED as follows:

1. Dean A. Langdon and Wise DelCotto PLLC, 200 North Upper Street, Lexington, Kentucky 40507, are hereby substituted as counsel for the creditor, Reliant Healthcare, LLC, in the place of Tracey N. Wise of Wise DelCotto PLLC.

2. Dean A. Langdon shall be provided all notices required to be given herein to counsel for the creditor pursuant to Bankruptcy Rule 2002 or other applicable law; shall be added to all mailing lists and the mailing matrix in this bankruptcy case; and shall be served with copies of all notices, pleadings, orders or other court papers.  Tracey N. Wise shall be removed from the Court's electronic noticing system in this case.

SEEN AND AGREED;
TO BE ENTERED:

WISE DELCOTTO PLLC

/s/ Dean A. Langdon, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@wisedel.com
COUNSEL FOR RELIANT
HEALTHCARE, LLC

and

WISE DELCOTTO PLLC

/s/ Tracey N. Wise, Esq.
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
twise@wisedel.com

**Pursuant to Local Rule 9022-1(c), Dean A. Langdon, Esq. shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within fourteen (14) days hereof.**

U. S. Trustee
Tracey N. Wise, Esq.


Z:\Clients\Samaritan - Reliant Healthcare\Pleadings\Substitute Counsel AO 20100204.doc